# McDONOUGH, HACKING & LAVOIE, LLP

## COUNSELLORS AT LAW
6 BEACON STREET, SUITE 815
BOSTON, MASSACHUSETTS 02108

website: www.mhnattys.com

Mark B. Lavoie, Esq.
Direct Dial: (617) 367-3816
email: mlavoie@mhnattys.com

Telephone: (617) 367-0808
Facsimile: (617) 367-8307

April 26 2004

Deborah Keefe
Deputy Clerk, Miscellaneous Business Docket
United States District Court for the
 District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:   Assurance Company of America and Maryland Casualty Company
      v. Syntrax Innovations, Inc. and Access Coveragecorp., Inc.
      United States District Court, Eastern District of Missouri, No. 4:03CV00960HEA;
      United States District Court, District of Massachusetts Miscellaneous Business
      Docket, No. OYMC10109

Dear Ms. Keefe:

As a follow up to my telephone message on April 23, 2004, I represent the Plaintiffs, Assurance Company of America and Maryland Casualty Company, with respect to their Motion filed to Compel the Production of Documents against an insurance company. After the filing of this motion, One Beacon produced certain documents to the Plaintiffs which are presently being reviewed. Accordingly, I would ask that the Court take no action upon the Motion to Compel filed at this time. After review of the documents, the Plaintiffs will determine whether they wish to pursue the Motion to Compel and, if so, I will contact you to confirm how best to revive this motion.

Please do not hesitate to telephone me if you have any questions or comments concerning this matter.

Thank you for your attention in this regard.

Very truly yours,

Mark B. Lavoie

MBL:rac
cc:   C. Raymond Bell, Esq.
      William M. Corrigan, Esq.
      Matthew Devereux, Esq.
      Kurtis B. Reeg, Esq.
      Don R. Sampen, Esq.
      One Beacon Insurance Company